Penny L Koepke
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
480-833-1001
pkoepke@hoalaw.biz

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Downing, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. CV-18-08109-PCT-DLR |
| v. | **NOTICE OF SERVICE** |
| Haven Health Group, LLC, an Arizona limited liability company, | |
| Defendant. | |

Pursuant to the Court's May 31, 2018 Order (Dkt. 8), Plaintiff hereby certifies that on June 21, 2018 a copy of the Court's May 31, 2018 Order was served on Defendant Haven Health Group, LLC by transmitting the Order to all counsel of record via electronic mail.

Dated: June 21, 2018               By:   /s/ Patrick H. Peluso
                                           One of Plaintiff's Attorneys

                                   Penny L Koepke
                                   Maxwell & Morgan, P.C.
                                   4854 E. Baseline Road, Suite 104
                                   Mesa, Arizona 85206
                                   480-833-1001
                                   pkoepke@hoalaw.biz

                                   Steven L. Woodrow*

1

| | |
|---|---|
| 1 | swoodrow@woodrowpeluso.com |
| 2 | Patrick H. Peluso* |
|   | ppeluso@woodrowpeluso.com |
| 3 | Taylor T. Smith* |
|   | tsmith@woodrowpeluso.com |
| 4 | Woodrow & Peluso, LLC |
|   | 3900 East Mexico Ave., Suite 300 |
| 5 | Denver, Colorado 80210 |
|   | Telephone: (720) 213-0675 |
| 6 | Facsimile: (303) 927-0809 |


1
2
3
4
5
6

swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

7

Attorneys for Plaintiff and the Classes

8

*Pro Hac Vice*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28