1  ERICA K. ROCUSH, SB #021297
   Erica.Rocush@lewisbrisbois.com
2  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   Phoenix Plaza Tower II
3  2929 North Central Avenue, Suite 1700
   Phoenix, Arizona 85012-2761
4  Telephone: 602.385.1040
   Facsimile: 602.385.1051
5  *Attorneys for Defendant Haven of Show Low, LLC (erroneously sued as Haven Health*
   *Group, LLC)*
6

7                IN THE UNITED STATES DISTRICT COURT

8                   FOR THE DISTRICT OF ARIZONA

9

10 Justin Downing, individually and on behalf      CASE NO.  3:18-cv-08109-DLR
   of all others similarly situated,
11                                                 **DEFENDANT'S MOTION**
                  Plaintiff,                       **REQUESTING TO APPEAR**
12                                                 **TELEPHONICALLY AT AUGUST 30,**
          vs.                                      **2018 SCHEDULING CONFERENCE**
13
   Haven Health Group, LLC, an Arizona
14 limited liability company,

15                Defendant.

16

17        Defendant, Haven Health Group, LLC ("Defendant"), by and through undersigned

18 counsel, hereby requests that undersigned counsel be permitted to appear telephonically at

19 the case management conference scheduled for August 30, 2018 at 4:30 p.m. It is

20 undersigned counsel's understanding that counsel for Plaintiff will be appearing

21 telephonically, and counsel does not believe that her telephonic appearance will in any way

22 impede the progress of the scheduling conference.

23        DATED this 21st day of August, 2018

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4850-8126-1680.1

1                                                 **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: _____*s/ Erica Rocush*_____

Erica Rocush
Attorneys for HAVEN OF SHOW LOW, LLC
(erroneously sued as HAVEN HEALTH
GROUP. LLC)

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 21, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

Steven Woodrow
Patrick Peluso
WOODROW & PELUSO, LLC
3900 East Mexico Avenue
Suite 300
Denver, CO 80210
*Attorneys for Plaintiff*


  s/  *Laura M. Nagelkirk*
40618-06



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4850-8126-1680.1