ERICA K. ROCUSH, SB #021297
Erica.Rocush@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Attorneys for Defendant Haven Health Group

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Downing,<br><br>        Plaintiff,<br><br>vs.<br><br>Haven Health Group LLC,<br><br>        Defendant. | No. 3:18-cv-08109-DLR<br><br>**ORDER RE MOTION TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE** |

Pursuant to Defendant's Motion to Appear Telephonically at the August 30, 2018 Scheduling Conference, and good cause appearing therefor,

IT IS HEREBY ORDERED that counsel for Defendant Haven Health Group LLC may appear telephonically at the scheduling conference currently scheduled for August 30, 2018, at 4:30 p.m.

4812-7565-2208.1