Penny L. Koepke
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
480-833-1001
pkoepke@hoalaw.biz

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Classes*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Downing, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 3:18-cv-08109-DLR |
| v. | **NOTICE OF INTENT TO APPEAR TELEPHONICALLY AT THE RULE 16 SCHEDULING CONFERENCE** |
| Haven Health Group, LLC, an Arizona limited liability company, | |
| Defendant. | |

PLEASE TAKE NOTICE, pursuant to the Court's Order Setting Rule 16 Scheduling Conference (dkt. 11 § IV), counsel for Plaintiff Justin Downing respectfully requests permission to appear telephonically at the Parties' Rule 16 Scheduling Conference presently scheduled for August 30, 2018 at 4:30 P.M.

Dated: August 23, 2018     By:  /s/ Steven L. Woodrow
                                One of Plaintiff's Attorneys

                                Steven L. Woodrow*
                                swoodrow@woodrowpeluso.com
                                Patrick H. Peluso*
                                ppeluso@woodrowpeluso.com
                                Taylor T. Smith*
                                tsmith@woodrowpeluso.com
                                Woodrow & Peluso, LLC

1

3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Penny L. Koepke
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
480-833-1001
pkoepke@hoalaw.biz

Attorneys for Plaintiff and the Classes

* *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 23, 2018, the foregoing document was served via the Court's CM/ECF system, which will send notification of filing to counsel of record for each party.

/s/ Steven L. Woodrow