1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

7
8

| | |
|---|---|
| Justin Downing, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 3:18-cv-08109-DLR |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE RULE 16 SCHEDULING CONFERENCE** |
| Haven Health Group, LLC, an Arizona limited liability company, | |
| Defendant. | |

9
10
11
12
13
14
15

Having considered all matters presented to the Court, the Court finds that Plaintiff's Notice of Intent to Appear Telephonically at the Rule 16 Scheduling Conference should be GRANTED.

16
17
18

IT IS HEREBY ORDERED that counsel for Plaintiff Justin Downing may appear telephonically at the scheduling conference currently scheduled for August 30, 2018 at 4:30 P.M.

19
20
21

DATED this ____ day of _____, 20____.

22
23

_____
Hon. Douglas L. Rayes
U.S. District Court Judge

24
25
26
27
28

1