# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Downing, individually and on behalf of all others similarly situated,<br><br>　　　　　　*Plaintiff,*<br><br>　v.<br><br>Haven Health Group, LLC<br><br>　　　　　　*Defendant.* | Case No. 18-cv-08109-PCT-DLR<br><br>**PLAINTIFF'S NOTICE OF SERVICE RE MIDP INITIAL DISCOVERY RESPONSES** |

　　　Plaintiff Justin Downing hereby certifies that on August 24, 2018, through counsel, he served his initial discovery responses pursuant to the Mandatory Initial Discovery Pilot Project in the District of Arizona. The discovery responses were transmitted to counsel for Defendant via electronic mail.

August 24, 2018

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　**JUSTIN DOWNING**, individually and on behalf of all others similarly situated,

　　　　　　　　　　　　　　　　By: ____/s/ Patrick H. Peluso_____
　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys


　　　　　　　　　　　　　　　　Steven Woodrow*
　　　　　　　　　　　　　　　　Patrick Peluso*
　　　　　　　　　　　　　　　　Woodrow & Peluso, LLC
　　　　　　　　　　　　　　　　3900 E. Mexico Avenue, Suite 300
　　　　　　　　　　　　　　　　Denver, CO 80210
　　　　　　　　　　　　　　　　Phone: (720) 213-0675
　　　　　　　　　　　　　　　　Email: swoodrow@woodrowpeluso.com
　　　　　　　　　　　　　　　　　　　　ppeluso@woodrowpeluso.com

*\* pro hac vice*

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Patrick H. Peluso, an attorney, hereby certify that I served the foregoing papers by causing true and accurate copies of such papers to be served on all counsel of record by filing them using the Court's Electronic Filing System on August 24, 2018.

    /s/ Patrick H. Peluso