Penny L Koepke
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
480-833-1001
pkoepke@hoalaw.biz

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Downing, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 3:18-cv-08109-DLR |
| v. | **NOTICE OF SERVICE** |
| Haven Health Group, LLC, an Arizona limited liability company, | |
| Defendant. | |

Plaintiff Justin Downing hereby certifies that on September 17, 2018, through counsel, he served his first set of discovery requests—including, Plaintiff's First Set of Requests for the Production of Documents to Defendant, Plaintiff's First Set of Requests for Admission to Defendant, and Plaintiff's First Set of Interrogatories to Defendant—in the State of Arizona. The discovery requests were transmitted to all counsel of record for the Defendant via electronic mail and U.S. mail.

Dated: October 9, 2018           By:   /s/ Patrick H. Peluso
                                       One of Plaintiff's Attorneys

                                 Penny L Koepke
                                 Maxwell & Morgan, P.C.
                                 4854 E. Baseline Road, Suite 104

1

Mesa, Arizona 85206
480-833-1001
pkoepke@hoalaw.biz

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

* *Pro Hac Vice*