Penny L Koepke
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
480-833-1001
pkoepke@hoalaw.biz

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Classes*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Downing, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>Haven Health Group, LLC, an Arizona limited liability company,<br><br>              Defendant. | Case No. 3:18-cv-08109-DLR<br><br>**NOTICE OF SERVICE** |

Plaintiff Justin Downing hereby certifies that on October 16, 2018, through counsel, he served his second set of discovery requests—including, Plaintiff's Second Set of Requests for the Production of Documents to Defendant and Plaintiff's Second Set of Interrogatories to Defendant—in the State of Arizona. The discovery requests were transmitted to all counsel of record for the Defendant via electronic mail and U.S. mail.

Dated: October 16, 2018	By:  /s/ Taylor T. Smith
                                           One of Plaintiff's Attorneys

                                        Penny L Koepke
                                        Maxwell & Morgan, P.C.
                                        4854 E. Baseline Road, Suite 104
                                        Mesa, Arizona 85206
                                        480-833-1001

| | |
|---|---|
| 1 | pkoepke@hoalaw.biz |
| 2 | Steven L. Woodrow* |
| | swoodrow@woodrowpeluso.com |
| 3 | Patrick H. Peluso* |
| | ppeluso@woodrowpeluso.com |
| 4 | Taylor T. Smith* |
| | tsmith@woodrowpeluso.com |
| 5 | Woodrow & Peluso, LLC |
| 6 | 3900 East Mexico Ave., Suite 300 |
| | Denver, Colorado 80210 |
| 7 | Telephone: (720) 213-0675 |
| | Facsimile: (303) 927-0809 |
| 8 | |
| 9 | Attorneys for Plaintiff and the Classes |
| 10 | * *Pro Hac Vice* |

2