Penny L Koepke
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
480-833-1001
pkoepke@hoalaw.biz

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Classes*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Downing, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 3:18-cv-08109-DLR |
| v. | **NOTICE OF SERVICE** |
| Haven Health Group, LLC, an Arizona limited liability company, | |
| Defendant. | |

Plaintiff Justin Downing hereby certifies that on October 23, 2018, through counsel, he served the following discovery related documents:

• Plaintiff's Rule 30(b)(6) Deposition Notice to Defendant;

• Subpoena to Testify at a Deposition in a Civil Action directed to Zach Gibson along with corresponding Notice of Subpoena;

• Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Zach Gibson along with corresponding Notice of Subpoena;

• Subpoena to Testify at a Deposition in a Civil Action directed to Terel Nichols along with corresponding Notice of Subpoena;

• Subpoena to Produce Documents, Information, or Objects or to Permit Inspection

of Premises in a Civil Action directed to Terel Nichols along with corresponding

Notice of Subpoena;

• Subpoena to Testify at a Deposition in a Civil Action directed to Serena

Stuckenberg along with corresponding Notice of Subpoena;

• Subpoena to Produce Documents, Information, or Objects or to Permit Inspection

of Premises in a Civil Action directed to Serena Stuckenberg along with

corresponding Notice of Subpoena;

• Notice of Subpoena to Produce Documents, Information, or Objects or to Permit

Inspection of Premises in a Civil Action directed to easyBackgrounds, LLC, and a

copy of the Subpoena and Addendum to be served.

• Notice of Subpoena to Testify at a Deposition in a Civil Action directed to

easyBackgrounds, LLC, and a copy of the Subpoena and Addendum to be served.

The Notice of Rule 30(b)(6) Deposition Directed to Defendant as well as the Subpoenas

directed to Zach Gibson, Terel Nichols, and Serena Stuckenberg were all served in the State of

Arizona by electronic mail and U.S. Mail. The Subpoenas directed to easyBackgrounds, LLC

were sent to a process server in the State of New Hampshire.


Dated: October 24, 2018                    By:   /s/ Taylor T. Smith
                                                One of Plaintiff's Attorneys

                                           Penny L Koepke
                                           Maxwell & Morgan, P.C.
                                           4854 E. Baseline Road, Suite 104
                                           Mesa, Arizona 85206
                                           480-833-1001
                                           pkoepke@hoalaw.biz

                                           Steven L. Woodrow*
                                           swoodrow@woodrowpeluso.com
                                           Patrick H. Peluso*
                                           ppeluso@woodrowpeluso.com
                                           Taylor T. Smith*
                                           tsmith@woodrowpeluso.com

Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

* *Pro Hac Vice*