UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Downing,<br><br>          Plaintiff,<br><br>vs.<br><br>Haven Health Group LLC,<br><br>          Defendant. | No. 3:18-cv-08109-DWL<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Defendant's Rule 12(B)(1) Motion to Dismiss for Lack of Standing, and good cause appearing:

IT IS HEREBY ORDERED dismissing Count 1 of Plaintiff's Complaint with prejudice because Plaintiff lacks standing to pursue the claim, as he cannot show that he has suffered any concrete and particularized injury.

DATED this _____ day of _____, 2018.

4849-7361-0106.1