Penny L Koepke
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
480-833-1001
pkoepke@hoalaw.biz

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Downing, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Haven Health Group, LLC, an Arizona limited liability company,<br><br>Defendant. | Case No. 3:18-cv-08109-DWL<br><br>**NOTICE OF SERVICE** |

Plaintiff Justin Downing hereby certifies that on November 28, 2018, through counsel, he served his third set of discovery requests—including, Plaintiff's Third Set of Interrogatories to Defendant and Plaintiff's Third Set of Requests for the Production of Documents to Defendant—along with Plaintiff's Amended Rule 30(b)(6) Deposition Notice to Defendant in the State of Arizona via electronic mail and U.S. mail.

Plaintiff further certifies that on December 4, 2018, through counsel, he served a Notice of Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises and a Subpoena to Testify at a Deposition in a Civil Action directed to Health Group Management, LLC in the State of Arizona via electronic mail and U.S. mail. The corresponding subpoenas directed to Health Group Management, LLC were sent to a process server in the State of California.

1

| | | |
|---|---|---|
| Dated: December 4, 2018 | | By: /s/ Taylor T. Smith |
| | | One of Plaintiff's Attorneys |

Penny L Koepke
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
480-833-1001
pkoepke@hoalaw.biz

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

* *Pro Hac Vice*