Penny L Koepke
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
480-833-1001
pkoepke@hoalaw.biz

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Classes*

Erica K Rocush
Lewis Brisbois Bisgaard & Smith LLP
2929 N Central Ave., Suite 1700
Phoenix, Arizona 85012
602-385-1051
erica.rocush@lewisbrisbois.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Downing, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Haven Health Group, LLC, an Arizona limited liability company,<br><br>Defendant. | Case No. 3:18-cv-08109-DWL<br><br>**STIPULATION FOR EXTENSION OF THE DEADLINE FOR JOINING PARTIES AND AMENDING PLEADINGS (First Request)** |

WHEREAS, Plaintiff Justin Downing ("Plaintiff" or "Downing") filed the Complaint in this action on May 23, 2018 against Haven Health Group, LLC ("Defendant" or "HHG").

WHEREAS, on August 30, 2018 the Court issued a Scheduling Order, which set the Deadline for Joining Parties and Amending Pleadings on January 31, 2019. (Dkt. 21, ¶ 2.)

1

WHEREAS, the Parties are in the process of meeting and conferring, through counsel, regarding the scheduling of depositions for Defendant, a third-party known as Health Group Management, LLC, and potentially certain employees of the Defendant.

WHEREAS, counsel for Defendant has informed Plaintiff that they are unavailable to hold the depositions until sometime in late-January or early-February 2019.

WHEREAS, Plaintiff anticipates the potential need to join additional parties following the depositions of Defendant, Defendant's employees, and Health Group Management, LLC

WHEREAS, the Parties desire to extend the Deadline for Joining Parties and Amending Pleadings for an additional twenty-eight (28) days until February 28, 2019.

THEREFORE, the Parties hereby stipulate and agree that the Deadline for Joining Parties and Amending Pleadings shall be extended to February 28, 2019.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated: December 24, 2018          By:   /s/ Steven L. Woodrow

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Penny L Koepke
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
480-833-1001
pkoepke@hoalaw.biz

|   |   |   |
|---|---|---|
| 1 |  | Attorneys for Plaintiff and the Classes |
| 2 |  |  |
| 3 |  | * *Pro Hac Vice* |
| 4 |  |  |
| 5 | Dated: December 24, 2018 | By:   /s/ Erica K. Rocush |
| 6 |  | Erica K. Rocush |
| 7 |  | Lewis Brisbois Bisgaard & Smith LLP |
|   |  | 2929 N Central Ave., Suite 1700 |
| 8 |  | Phoenix, Arizona 85012 |
|   |  | Tel: 602-385-1054 |
| 9 |  | Fax: 602-385-1051 |
|   |  | Email: erica.rocush@lewisbrisbois.com |
| 10 |  |  |
| 11 |  | Attorneys for Defendant |

3

**CERTIFICATE OF SERVICE**

I, Steven L. Woodrow, an attorney, hereby certify that I served the foregoing papers by causing true and accurate copies of such papers to be transmitted to all counsel of record through the Court's electronic filing system on December 24, 2018.

/s/ Steven L. Woodrow