**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Justin Downing, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Haven Health Group, LLC, an Arizona limited liability company,<br><br>　　　　　　　Defendant. | Case No. 3:18-cv-08109-DWL<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF THE DEADLINE FOR JOINING PARTIES AND AMENDING PLEADINGS (First Request)** |

　　　Having considered all matters presented to the Court, the Court finds that the Parties Stipulation for Extension of the Deadline for Joining Parties and Amending Pleadings should be GRANTED.

　　　PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Deadline for Joining Parties and Amending Pleadings shall be extended to February 28, 2019.

1