```
ERICA K. ROCUSH, SB #021297
Erica.Rocush@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Attorneys for Defendant Haven Health Group
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Justin Downing, | No. 3:18-cv-08109-DWL |
|---|---|
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY RESPONSES** |
| vs. | |
| Haven Health Group LLC, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that on this date, Defendant Haven Health Group, LLC, by and through counsel undersigned, served its Responses to Plaintiff's Third Set of Requests for Production or Documents and Responses to Plaintiff's Third Set of Interrogatories.

DATED this 7th day of January, 2019.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By  s/ *Erica K. Rocush*
    Erica K. Rocush
    *Attorneys for Defendant Haven Health Group*



4837-5413-1589.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Steven L. Woodrow
Patrick H. Peluso
WOODROW & PELUSO, LLC
3900 East Mexico Avenue
Suite 300
Denver, CO 80210
*Attorneys for Plaintiff*

Penny L. Koepke
MAXWELL & MORGAN, P.C.
4854 East Baseline Road
Suite 104
Mesa, AZ 85206
*Attorneys for Plaintiff*

   s/ *Laura M. Nagelkirk*
40618-06

4837-5413-1589.1

2