# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Downing,<br><br>            Plaintiff,<br><br>v.<br><br>Haven Health Group LLC,<br><br>            Defendant. | No. CV-18-08109-PCT-DWL<br><br>**ORDER** |

**IT IS ORDERED** granting the Stipulation of Dismissal (Doc. 46).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated this 8th day of April, 2019.

_____
Dominic W. Lanza
United States District Judge